# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: 19-M-710

A USPS Priority Mail Express parcel with tracking number EJ064788166US addressed to "Jessica Smith, 205 S Oakland Ave Apt #B, Green Bay, WI" with a return address of "Mike Johnson, 2024 Naomi St, Houston, TX 77054."

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin:

A USPS Priority Mail Express parcel with tracking number EJ064788166US addressed to "Jessica Smith, 205 S Oakland Ave Apt #B, Green Bay, WI" with a return address of "Mike Johnson, 2024 Naomi St, Houston, TX 77054."

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, proceeds related to the sale of controlled substances, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 841(a)(1) and 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before _July 28_, 2019
(not to exceed 14 days)

❏ in the daytime 6:00 a.m. to 10:00 p.m.    ❏ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States District Court Chief Judge <u>William C. Griesbach</u>.

Date and time issued _July 18_, 2019; _10:30_ a.m.

_____
Judge's signature

City and state: <u>Green Bay, Wisconsin</u>

THE HONORABLE WILLIAM C. GRIESBACH
United States District Court Chief Judge
*Name & Title of Judicial Officer*

| | | |
|---|---|---|
| | **RETURN** | |
| Case No.<br>19-M-710 | Date and time Warrant executed<br>July 18, 2019 at 10:45 AM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of
BCDTF Inv. Kyle Mason

Inventory of person or property taken and name of any person(s) seized:

USPS Priority Mail Express parcel with tracking number EJ064788166US contained several pieces of crumbled newspaper and a plastic jar wrapped in bubble wrap and tape. Inside this jar was a vacuum sealed bag wrapped in clear tape that held four plastic bags. Each plastic bag held a white powdery substance. The total approximate weight of the four bags and the vacuum sealed bag they were inside was 128.8 grams. I tested a sample of the powdery substance from one of the bags using the Scott Reagent (Modified) field test kit for cocaine and received a positive test result.

**CERTIFICATION**

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/22/2019

_(Executing officer's signature)_

Subscribed, sworn to, and returned before me this date.

MATT SCHMIDT, U.S. POSTAL INSPECTOR
_(Printed name and title)_

_(U.S. Judge or Magistrate Judge)_

July 22, 2019
_(Date)_